

United States District Court
Southern District of Texas
FILED

FEB 0 1 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| NOVOPHARM HOLDINGS, INC. and NOVOPHARM LIMITED | § § § | |
| VS. | § § | CIVIL ACTION NO. B-02-016 |
| LIBERTY INTERNATIONAL CANADA and LIBERTY MUTUAL INSURANCE COMPANY | § § § | JURY DEMANDED |

## LIST OF COUNSEL OF RECORD

**ATTORNEY FOR PLAINTIFFS:**
Norton A. Colvin, Jr.
State Bar No. 04632100
Rodriguez, Colvin & Chaney, L.L.P.
1201 East Van Burne
Post Office Box 2156
Brownsville, Texas 78522
Telephone: (956) 542-7441
Facsimile: (956) 541-2170

**OF COUNSEL:**
John R. Wallace
Paul P. Creech
Wallace, Creech & Sarda, L.L.P.
Post Office Box 12085
Raleigh, North Carolina 27605
Telephone: (919) 782-9322
Facsimile: (919) 782-8113

22018.1

## ATTORNEY FOR DEFENDANTS

Martin S. Schexnayder
State Bar No. 17745610
Federal ID No. 15146
Wilson, Elser, Moskowitz,
     Edelman & Dicker LLP
6363 Woodway, Suite 750
Houston, Texas 77057
Telephone:   (713) 785-7778
Facsimile:    (713) 785-7780

```
RUN DATE 01/24/02                                                                    CERTIFIED
RUN TIME 11:35 AM

                          *     *     *     C L E R K ' S   E N T R I E S     *     *     *

NOVOPHARM HOLDINGS, INC. AND NOVOPHARM LIMITED              00001401                              (06)    DECEPTIVE TRADE
                                                            HON. NORTON A. COLVIN, JR.
                                                            P.O. BOX 2155
                       VS                                   BROWNSVILLE TX.      78520 0000

LIBERTY INTERNATIONAL CANADA, ET AL

                                                     02/13/01  ORIGINAL PETIT[ION]
                                                     06/05/01  TRANSFERRED FR[OM]
                                                     01/04/02  CITATION (CM):
                                                               CANADA
                                                     01/04/02  SERVED:
                                                     01/04/02  CITATION (CM):
                                                               INSURANCE COMP[ANY]
                                                     01/04/02  SERVED: 01/
                                                     01/04/02  CITATION (CM):
                                                               UNDERWRITERS
                                                     01/04/02  SERVED:
```



A TRUE COPY I CERTIF[Y]
AURORA DE LA GARZA, CL[ERK]
DISTRICT COURT, CAMERON COU[NTY]