

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 0 8 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| NOVOPHARM HOLDINGS, INC. and NOVOPHARM LIMITED | § § § | |
| VS. | § § | CIVIL ACTION NO. B-02-016 |
| LIBERTY INTERNATIONAL CANADA and LIBERTY MUTUAL INSURANCE COMPANY | § § § § | |

## CERTIFICATE OF SERVICE IN REMOVED ACTION

I certify compliance with the Court's Order entered upon filing of the petition for removal of this action.

On February 7, 2002, I served copies of the Order for Conference and Court Procedures on all other parties.

Respectfully submitted,

_____
Martin S. Schexnayder
Federal I.D. No. 15146
State Bar No. 17745610

Attorney-in-Charge for Defendants
Liberty International Canada and Liberty
Mutual Insurance Company

22017 1

OF COUNSEL:

WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP

6363 Woodway, Suite 750
Houston, Texas 77057
Telephone: (713) 785-7778
Facsimile: (713) 785-7780

Ruben R. Peña
Federal I.D. No. 1216
State Bar No. 15740900
222 W. Harrison
Harlingen, Texas 78550
Telephone: (956) 412-8200
Facsimile: (956) 412-8282

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this instrument has been forwarded to all counsel of record pursuant to Federal Rules of Civil Procedure on this the 7th day of February, 2002.

Norton A. Colvin, Jr.                  *Delivered Certified Mail/RRR*
Rodriguez, Colvin & Chaney, L.L.P.
1201 East Van Buren
Post Office Box 2156
Brownsville, Texas 78520

_____
Martin S. Schexnayder