8

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 1 9 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| NOVOPHARM HOLDINGS, INC. and | * | |
| NOVOPHARM LIMITED | * | |
| | * | |
| VS. | * | CIVIL ACTION NO. B-02-016 |
| | * | |
| LIBERTY INTERNATIONAL CANADA | * | |
| and LIBERTY MUTUAL INSURANCE | * | |
| COMPANY | * | |

## CERTIFICATE OF FINANCIALLY INTERESTED PERSONS

COME NOW NOVOPHARM HOLDINGS, INC. and NOVOPHARM LIMITED,

Plaintiffs herein, and file this Certificate of Financially Interested Persons and state that,

at this time, in addition to the parties named in this lawsuit, the following persons,

associates of persons, firms, partnerships, corporations, affiliates, parent corporations, or

other entities may be financially interested in the outcome of this litigation:

Teva Pharmaceutical Industries, Inc.
Certus Health Management, Inc.
Wellcare of Texas, Inc.

Respectfully submitted,

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

By: _____Norton A Colvin_____
Norton A. Colvin, Jr.
Attorney-in-Charge
State Bar No. 04632100
Federal Admissions No. 1941
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170

OF COUNSEL:
John R. Wallace
Paul P. Creech
Wallace, Creech & Sarda, L.L.P.
Post Office Box 12065
Raleigh, North Carolina 27605
(919) 782-9322
(919) 782-8113 - Fax

ATTORNEYS FOR PLAINTIFFS,
NOVOPHARM HOLDINGS, INC. AND
NOVOPHARM LIMITED

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Plaintiffs Novopharm Holdings, Inc. and Novopharm Limited's Certificate of Financially Interested Persons was served upon all counsel of record, to-wit:

Martin S. Schexnayder
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
6363 Woodway, Suite 750
Houston, Texas 77057
Attorneys for Defendants Liberty International Canada and Liberty
Mutual Insurance Company

by certified mail, return receipt requested, hand delivery, and/or facsimile transmission pursuant to the Federal Rules of Civil Procedure, on this the 19th day of February, 2002.

Norton A. Colvin, Jr.