9

United States District Court
Southern District of Texas
FILED

FEB 2 1 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

NOVOPHARM HOLDINGS, INC. and §
NOVOPHARM LIMITED §
§
VS. § CIVIL ACTION NO. B-02-016
§

LIBERTY INTERNATIONAL CANADA §
and LIBERTY MUTUAL INSURANCE §
COMPANY §

## DEFENDANTS LIBERTY INTERNATIONAL CANADA AND
## LIBERTY MUTUAL INSURANCE COMPANY'S
## DISCLOSURE OF FINANCIALLY INTERESTED ENTITIES

Liberty International Canada and Liberty Mutual Insurance Company, Defendants in the

above referenced case, are not currently aware of any other entities that are financially interested

in this litigation other than the named parties.

Respectfully submitted,

Martin S. Schexnayder
Federal I.D. No. 15146
State Bar No. 17745610

with permission
by x ___

Attorney-in-Charge for Defendants
Liberty International Canada and Liberty
Mutual Insurance Company

1

31674.1

OF COUNSEL:

WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP

6363 Woodway, Suite 750
Houston, Texas 77057
713/785-7778
713/785-7780 - Fax

Ruben R. Pena
222 W. Harrison
Harlingen, Texas 78550
956/412-8200
956/412-8282 – Fax

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing instrument has been duly and properly served upon all counsel herein in accordance with the Federal Rules of Civil Procedure, on this the 21st day of February, 2002.

    Norton A. Colvin, Jr.                *Delivered Certified Mail/RRR*
    Rodriguez, Colvin & Chaney, L.L.P.
    1201 East Van Buren
    Post Office Box 2156
    Brownsville, Texas 78520

Martin S. Schexnayder