IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 2 9 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| NOVOPHARM HOLDINGS, INC. and § | |
| NOVOPHARM LIMITED § | |
| § | CIVIL ACTION NO b-02-016 |
| VS. § | |
| § | |
| LIBERTY INTERNATIONAL CANADA § | |
| and LIBERTY MUTUAL INSURANCE § | |
| COMPANY § | |

## NOTICE OF APPEARANCE OF LOCAL COUNSEL

COMES NOW RUBEN R. PEÑA, attorney for the defendant Liberty International Canada and Liberty Mutual Insurance Company, in the above entitled and numbered cause, and advises the Court that he has been retained to represent the above named defendant as **local counsel**.

I.

Please advise this attorney of any and all notices or court appearances in regards to this case.

Respectfully submitted,

**LAW OFFICES OF RUBEN R. PEÑA, P.C.**
P.O. Box 530160
222 W. Harrison
Harlingen, Texas 78550
Telephone: (956) 412-8200
Facsimile : (956) 412-8282

BY: _____
RUBEN R. PEÑA
State Bar No. 15740900
Cameron County I.D. No. 285801

-1-

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing Notice of Appearance as Local Counsel has been sent to the below listed counsel, on this the 27 day of March, 2002:

Norton A. Colvin, Jr.
Rodriguez, Colvin & Chaney, L.L.P.
1201 East Van Buren
Post Office Box 2156
Brownsville, Texas 78520

_____
RUBEN R. PEÑA