y
now

*14*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 21 2002

Michael N. Milby
Clerk of Court

NOVOPHARM HOLDINGS, INC. and   *
NOVOPHARM LIMITED              *
                               *
VS.                            *   CIVIL ACTION NO. B-02-016
                               *
LIBERTY INTERNATIONAL CANADA   *
and LIBERTY MUTUAL INSURANCE   *
COMPANY                        *

## JOINT DISCOVERY/CASE MANAGEMENT PLAN

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Plaintiffs Novopharm Holdings, Inc. and Novopharm Limited and Defendants Liberty International Canada and Liberty Mutual Insurance Company file this Joint Discovery/Case Management Plan and show the Court as follows:

1. **State where and when the meeting of the parties required by Rule 26(f) was held, and identify the counsel who attended for each party.**

RESPONSE:

The meeting of the parties required by Rule 26(f) was held May 20, 2002 and was attended by Marjory C. Batsell of Rodriguez, Colvin & Chaney, L.L.P., Attorneys for Plaintiffs and Martin S. Schexnayder of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, Attorneys for Defendants.

2. **List the cases related to this one that are pending in any state or federal court, with the case number and court.**

RESPONSE:

There are two cases relating to this one. The first case related to this matter is styled: Civil Action No. B-00-053, Joel Flores, Individually and On Behalf of All Others Similarly Situated v. Certus Healthcare, L.L.C., Novopharm Limited, David Rodriguez, Dr. Ashok K. Gumbhir, and Novopharm Holdings, Inc. filed in the United States District Court for the Southern District of Texas, Brownsville Division, which is the underlying litigation on which this lawsuit is based. This related underlying matter was dismissed by the Honorable Wm. John Black on March 14, 2002. Additionally, Liberty International Canada filed an action, which is pending in Canada, Styled: Court File No. 02-CV-224728CM2, Liberty International Canada, a Division of Liberty Mutual

Insurance Company v. Novopharm Limited and Novopharm Holdings, Inc., In the Ontario Superior Court of Justice, which was filed February 8, 2002.

3. **Specify the allegation of federal jurisdiction.**

RESPONSE:

Defendants allege that this Court has diversity jurisdiction under 28 U.S.C. §1332.

4. **Name the parties who disagree and the reasons.**

RESPONSE:

Plaintiffs disagree that there is federal jurisdiction on the basis that one Plaintiff and one Defendant are both Canadian corporations, and the presence of foreign parties on both sides of the litigation destroys diversity jurisdiction.

5. **List anticipated additional parties that should be included, when they can be added, and by whom they are wanted.**

RESPONSE:

The parties are not aware of any anticipated additional parties at this time.

6. **List anticipated interventions.**

RESPONSE:

The parties are not aware of any anticipated interventions at this time.

7. **Describe class-action issues.**

RESPONSE:

There are no class-action issues.

8. **State whether each party represents that it has made the initial disclosures required by Rule 26(a). If not, describe the arrangements that have been made to complete the disclosures.**

RESPONSE:

The parties have agreed to make initial disclosures through Interrogatories and Requests for Production, as set forth below.

9. **Describe the proposed agreed discovery plan, including:**

   A. **Responses to all the matters raised in Rule 26(f).**

   No such issues were raised by the parties.

   B. **When and to whom the plaintiff anticipates it may send interrogatories.**

   Plaintiffs anticipate they will send interrogatories to Defendants within thirty days of the Initial Pretrial and Scheduling Conference.

   C. **When and to whom the defendant anticipates it may send interrogatories.**

   Defendants anticipate they will send interrogatories to Plaintiffs within thirty of the Initial Pretrial and Scheduling Conference.

   D. **Of whom and by when the plaintiff anticipates taking oral depositions.**

   At this time, Plaintiffs anticipate deposing corporate representatives and other employees of Defendants, any expert witnesses designated by Defendants, and any individuals identified by Defendants as having knowledge of relevant facts. Plaintiffs anticipate that the depositions will be completed by November 30, 2002.

   E. **Of whom and by when the defendant anticipates taking oral depositions.**

   At this time, Defendants anticipate deposing corporate representatives and other employees of Plaintiffs, any expert witnesses designated by Plaintiffs, and any individuals identified by Plaintiffs as having knowledge of relevant facts. Defendants anticipate that the depositions will be completed by November 30, 2002.

   F. **When the plaintiff (or the party with the burden of proof on an issue) will be able to designate experts and provide the reports required by Rule 26(a)(2)(B), and when the opposing party will be able to designate responsive experts and provide their reports.**

   Plaintiffs can designate experts by October 1, 2002. Defendants can designate experts by October 14, 2002.

    G.    **List expert depositions the plaintiff (or the party with the burden of proof on an issue) anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).**

        Plaintiffs anticipate taking the deposition of any expert designated by Defendant by November 30, 2002.

    H.    **List expert depositions the opposing party anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).**

        Defendants anticipate deposing those experts designated by Plaintiffs by November 30, 2002.

10. **If the parties are not agreed on a part of the discovery plan, describe the separate views and proposals of each party.**

RESPONSE:

The parties are in agreement.

11. **Specify the discovery beyond initial disclosures that has been undertaken to-date.**

RESPONSE:

No discovery beyond initial disclosures has been undertaken to-date.

12. **State the date the planned discovery can reasonably be completed.**

RESPONSE:

The discovery can be reasonably completed by November 30, 2002.

13. **Describe the possibilities for a prompt settlement or resolution of the case that were discussed in your Rule 26(f) meeting.**

RESPONSE:

The parties have discussed mediating this case after adequate discovery has been conducted.

14. **Describe what each party has done or agreed to do to bring about a prompt resolution.**

RESPONSE:

    The parties have discussed mediating this case after adequate discovery has been conducted.

15. **From the attorneys' discussion with the client, state the alternative dispute resolution techniques that are reasonably suitable.**

RESPONSE:

    The parties have discussed mediating this case after adequate discovery has been conducted.

16. **Magistrate judges may now hear jury and non-jury trials. Indicate the parties' joint position on a trial before a magistrate judge.**

RESPONSE:

    At this time, the parties have not agreed to proceed before the Magistrate.

17. **State whether a jury demand has been made and if it was made on time.**

RESPONSE:

    A jury demand was timely made.

18. **Specify the number of hours it will take to present the evidence in this case.**

RESPONSE:

    The parties estimate that it will take thirty hours. However, the parties may adjust this estimate after completion of discovery.

19. **List pending motions that could be ruled on at the initial pretrial and scheduling conference.**

RESPONSE:

    Plaintiffs' Motion to Remand and Defendants' Motion to Dismiss Pursuant to Forum Non Conveniens.

20. **List other motions pending.**

RESPONSE:

There are no other pending motions.

21. Indicate other matters peculiar to this case, including discovery, that deserve the special attention of the court at the conference.

None.

22. List the names, bar numbers, addresses, and telephone numbers of all counsel.

**Attorneys for Plaintiffs Novopharm Holdings, Inc. and Novopharm Limited:**

Norton A. Colvin, Jr.
State Bar No. 04632100
Federal Admissions No. 1944
Marjory C. Batsell
State Bar No. 04631400
Federal Admissions No. 3983
Rodriguez, Colvin & Chaney, L.L.P.
Post Office Box 2155
Brownsville, Texas 78522
Phone: (956) 542-7441
Fax: (956) 541-2170

John R. Wallace
Paul P. Creech
Wallace, Creech & Sarda, L.L.P.
Post Office Box 12085
Raleigh, North Carolina 27605
Phone: (919) 782-9322
Fax: (919) 782-8113

**Attorneys for Defendants Liberty International Canada and Liberty Mutual Insurance Company:**

Martin S. Schexnayder
State Bar No. 17745610
Federal Admissions No. 15146
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
6363 Woodway, Suite 750
Houston, Texas 77057
Phone: (713) 785-7778
Fax: (713) 785-7780

Ruben R. Pena
State Bar No. 15740900
222 West Harrison
Harlingen, Texas 78550
Phone: (956) 412-8200
Fax: (956) 412-8282

Respectfully submitted,

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

By: _____
    Norton A. Colvin, Jr. *w/ permission*
Attorney-in-Charge
State Bar No. 04632100
Federal Admissions No. 1941
    Marjory C. Batsell
State Bar No. 04631400
Federal Admissions No. 3983
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170

OF COUNSEL:

John R. Wallace
Paul P. Creech
Wallace, Creech & Sarda, L.L.P.
Post Office Box 12085
Raleigh, North Carolina 27605
(919) 782-9322
(919) 782-8113 - Fax

ATTORNEYS FOR PLAINTIFFS,
NOVOPHARM HOLDINGS, INC.
AND NOVOPHARM LIMITED

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: ___*Martin Schexnayder*___ w/ purmission McDonald
    Martin S. Schexnayder
State Bar No. 17745610
Federal Admissions No. 15146
6363 Woodway, Suite 750
Houston, Texas 77057
Phone: (713) 785-7778
Fax: (713) 785-7780


Ruben R. Pena
State Bar No. 15740900
222 West Harrison
Harlingen, Texas 78550
Phone: (956) 412-8200
Fax: (956) 412-8282

ATTORNEYS FOR DEFENDANTS LIBERTY INTERNATIONAL CANADA AND LIBERTY MUTUAL INSURANCE COMPANY

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: _____
Martin S. Schexnayder
State Bar No. 17745610
Federal Admissions No. 15146
6363 Woodway, Suite 750
Houston, Texas 77057
Phone: (713) 785-7778
Fax: (713) 785-7780


Ruben R. Pena
State Bar No. 15740900
222 West Harrison
Harlingen, Texas 78550
Phone: (956) 412-8200
Fax: (956) 412-8282

**ATTORNEYS FOR DEFENDANTS LIBERTY INTERNATIONAL CANADA AND LIBERTY MUTUAL INSURANCE COMPANY**